**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 DEC 14 PM 2: 10

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR383 |
| | ) | |
| vs. | ) | MOTION TO TEMPORARILY UNSEAL |
| | ) | INDICTMENT & WARRANTS |
| IGANCIO AYALA-ESTRADA, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Plaintiff, United States of America, and hereby requests this Court temporarily unseal the Indictment and Mr. Ayala's Warrant, both filed herein, in order to allow the Clerk of the District Court to provide the Plaintiff with certified copies of each. The entire case should then, again, be sealed.

WHEREFORE, the Plaintiff, United States of America, requests this Court unseal the Indictment and the Warrant for Mr. Ayala, both filed herein, provide certified copies of each to the Plaintiff, then re-seal the entire case.

UNITED STATES OF AMERICA,
Plaintiff

JOE W. STECHER
United States Attorney

By: NANCY A. SVOBODA #17429
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

IT IS SO ORDERED this 14th day of December, 2006.

BY THE COURT

THOMAS D. THALKEN
United States Magistrate Judge