IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR383 |
| | ) | |
| v. | ) | |
| | ) | |
| IGNACIO AYALA-ESTRADA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for dismissal (Filing No. 38). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; the indictment is dismissed without prejudice as to Ignacio Ayala-Estrada.

DATED this 10th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court